UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANN COFFEY,

    Plaintiff,

v.

THE MUNICIPALITY OF BAY VIEW (49770), MICHIGAN, et al.,

    Defendant.
_____/

Case No. 2:22-cv-39

HON. JANE M. BECKERING

**ORDER**

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 6) on April 5, 2022, recommending that Plaintiff's complaint be dismissed as frivolous and for failure to state a claim upon which relief may be granted, and recommending that the Court decline to exercise supplemental jurisdiction over the state law claims.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.[2]  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint (ECF No. 1) is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated:  May 31, 2022

        /s/ Jane M. Beckering
        JANE M. BECKERING
        United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.
[2] On April 18, 2022, the Court granted Plaintiff an extension of time to file any objections, and warned that additional requests to extend the deadline would not be favored  (ECF No. 8).